# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 294 MAL 2020

            Respondent    :

             :   Petition for Allowance of Appeal

             :   from the Order of the Superior Court

             v.           :

             :

ERIC B. HITCHCOCK, JR.,        :

             :

             Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.